■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT PETERKIN, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Potoker, J.), rendered December 20, 1984, convicting him of attempted murder in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Glover,* 64 NY2d 790; *People v Suitte,* 90 AD2d 80). Mangano, J. P., Brown, Rubin and Eiber, JJ., concur.